Supreme Court, Appellate Division
Third Judicial Department

Decided and Entered: July 28, 2016                    107256
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,
            v                                    MEMORANDUM AND ORDER

DAVID SHUMATE,
                        Appellant.
_____

Calendar Date:  June 6, 2016

Before:  Peters, P.J., Garry, Egan Jr., Devine and Aarons, JJ.

_____

        Kelly Egan, Rensselaer, for appellant.

        Robert M. Carney, District Attorney, Schenectady (Peter H.
Willis of counsel), for respondent.

_____

        Appeal from an order of the County Court of Schenectady
County (Drago, J.), entered June 27, 2012, which denied
defendant's application for resentencing pursuant to CPL 440.46.

        In 1994, defendant was convicted of criminal sale of a
controlled substance in the third degree and was sentenced as a
persistent felony offender to 15 years to life in prison (see
People v Shumate, 227 AD2d 719, 720 [1996], lv denied 88 NY2d 994
[1996]).  In 2011, he applied for resentencing pursuant to CPL
440.46.  County Court denied his application, finding that he was
ineligible for resentencing under the statute due to his status
as a persistent felony offender.  He now appeals.

        We must reverse County Court's order in view of the Court
of Appeals' decision in People v Coleman (24 NY3d 114 [2014]).
In that case, the Court held that a defendant's status as a

persistent felony offender does not preclude a court from considering such individual for resentencing pursuant to CPL 440.46 (id. at 116-117). Notably, the People have acknowledged this decision, do not oppose defendant's application and consent to a resentencing hearing. The matter is, accordingly, remitted to County Court for further proceedings.

Peters, P.J., Garry, Egan Jr., Devine and Aarons, JJ., concur.

ORDERED that the order is reversed, on the law, and matter remitted to the County Court of Schenectady County for further proceedings not inconsistent with this Court's decision.

ENTER:

Robert D. Mayberger
Clerk of the Court